IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**COTY TODD, COLT MCENTYRE,**                                              **PLAINTIFFS**
**JOHN NEWTON and ELBERT MITCHELL**

vs.                                        No. 5:15-cv-674-RP

**PREDATOR PRESSURE CONTROL**
**AND CRANE SERVICES, LLC**                                                 **DEFENDANT**

## PLAINTIFF ELBERT MITCHELL'S MOTION TO DISMISS

COMES now Plaintiff Elbert Mitchell, and for his Motion to Dismiss, states as follows:

1. Rule 41 of the Federal Rules of Civil Procedure gives Plaintiff a right to dismiss his cause of action against Defendant. Plaintiff Elbert Mitchell voluntary dismisses his claims against Predator Pressure Control and Crane Services, LLC and withdraws from the case.

2. Counsel for Plaintiffs conferred with counsel for Defendant and is authorized to state that Defendant does not oppose dismissal of Mr. Mitchell from the case.

*WHEREFORE*, premises considered, Plaintiff Elbert Mitchell respectfully request an order of this Court dismissing him from this case, and for such other relief as may be just and proper.

Respectfully submitted,

**ELBERT MITCHELL, PLAINTIFF**

SANFORD LAW FIRM, PLLC
One Financial Center
650 S. Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

By:   */s/ Josh Sanford*
      Josh Sanford
      Texas. Bar No. 24077858
      josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing MOTION was electronically filed with the Clerk for the U.S. District Court, Western District of Texas, on July 25, 2016, using the electronic case filing system of the Court. The attorney listed below is registered to receive an electronic copy hereof.

Stefanie R. Moll, Esq.
smoll@morganlewis.com
T. Cullen Wallace, Esq.
twallace@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
T: 713.890.5000
F: 713.890.5001

/s/ Josh Sanford
**Josh Sanford**

2