IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**COTY TODD, COLT MCENTYRE,**  **PLAINTIFFS**
**and JOHN NEWTON**

vs.                          No. 5:15-cv-674-RP

**PREDATOR PRESSURE CONTROL**
**AND CRANE SERVICES, LLC**                          **DEFENDANT**

## NOTICE OF SETTLEMENT

The purpose of this Notice of Settlement is to apprise the Court that Plaintiffs and Defendant have entered into a tentative settlement to resolve all claims asserted by Plaintiffs in this lawsuit. The parties are in the process of finalizing the settlement documents and expect to file a stipulation of dismissal within one (1) week from the filing of this Notice of Settlement.

Respectfully submitted,

**COTY TODD, COLT McENTYRE**
**and JOHN NEWTON, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
One Financial Center
650 S. Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

By:    */s/ Josh Sanford*
Josh Sanford
Texas. Bar No. 24077858
josh@sanfordlawfirm.com

        and

**PREDATOR PRESSURE CONTROL AND CRANE SERVICES, LLC, DEFENDANT**

Morgan, Lewis & Bockius, LLP
1000 Louisiana Street
Suite 4000
Houston, TX  77002
Telephone: (713) 890-5000
Facsimile:  (713) 890-5001

*/s/ T. Cullen Wallace*
T. Cullen Wallace
TX Bar No. 24072412
twallace@morganlewis.com
Stefanie R. Moll
TX Bar No. 24002870
smoll@morganlewis.com

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was electronically filed with the Clerk for the U.S. District Court, Western District of Texas, San Antonio Division, on January 11, 2017, using the Electronic Case Filing system of the Court. A true and correct electronic copy of the Motion is to be delivered by the ECF system to the attorneys listed below:

T. Cullen Wallace, Esq.
twallace@morganlewis.com
Stefanie R. Moll, Esq.
smoll@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
T: 713.890.5000
F: 713.890.5001

        /s/ Josh Sanford
        **Josh Sanford**