IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**COTY TODD, COLT MCENTYRE,**  **PLAINTIFFS**
**and JOHN NEWTON**

vs.                           No. 5:15-cv-674-RCL

**PREDATOR PRESSURE CONTROL**
**AND CRANE SERVICES, LLC**                    **DEFENDANT**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(ii), Plaintiffs Coty Todd, Colt McEntyre and John Newton, and Defendant Predator Pressure Control and Crane Services, LLC, stipulate to the dismissal of all claims asserted by Plaintiffs with prejudice.

Respectfully submitted,

**COTY TODD, COLT MCENTYRE**
**and JOHN NEWTON, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
One Financial Center
650 S. Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

By:   */s/ Josh Sanford*
      Josh Sanford
      Texas. Bar No. 24077858
      josh@sanfordlawfirm.com

Page 1 of 2
*Coty Todd, et al. v. Predator Pressure Control and Crane Services, LLC*
U.S.D.C. (W.D. Tex.) Case No. 5:15-cv-674-RCL
Joint Stipulation of Dismissal with Prejudice

      and

**PREDATOR PRESSURE CONTROL AND CRANE SERVICES, LLC, DEFENDANT**

Morgan, Lewis & Bockius, LLP
1000 Louisiana Street
Suite 4000
Houston, TX  77002
Telephone: (713) 890-5000
Facsimile:  (713) 890-5001

*/s/ T. Cullen Wallace*
T. Cullen Wallace
TX Bar No. 24072412
twallace@morganlewis.com
Stefanie R. Moll
TX Bar No. 24002870
smoll@morganlewis.com

## CERTIFICATE OF SERVICE

I, Josh Sanford, hereby certify that, on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing Joint Stipulation of Dismissal was electronically filed with the Clerk for the U.S. District Court, Western District of Texas, San Antonio Division, using the Electronic Case Filing system of the Court, which will send notice to the following attorney of record:

T. Cullen Wallace, Esq.
twallace@morganlewis.com
Stefanie R. Moll, Esq.
smoll@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
T: 713.890.5000
F: 713.890.5001

      /s/ Josh Sanford
      **Josh Sanford**

Page 2 of 2
*Coty Todd, et al. v. Predator Pressure Control and Crane Services, LLC*
U.S.D.C. (W.D. Tex.) Case No. 5:15-cv-674-RCL
Joint Stipulation of Dismissal with Prejudice